United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Juan P Garcia

Debtor(s)

Case No. 16-17908

Chapter 13

## NOTICE OF CHANGE OF ADDRESS

My Former Mailing Address and Telephone Number was:

Name:                    Juan P Garcia

Street:                  4707 Route 309, Apt. B

City, State and Zip:     Schnecksville, PA 18078

Please be advised that effective **immediately**, my new mailing address and telephone number is:

Name:                    Juan P Garcia

Street:                  4804 Route 309, Apt. 1

City, State and Zip:     Schnecksville, PA 18078

/s/ Juan P Garcia

Juan P Garcia

Debtor