IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        NO. 16-17908
JUAN P. GARCIA,                           :
                    Debtor                :        CHAPTER 13

**PRAECIPE TO WITHDRAW NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK, THE PROTHONOTARY OF SAID COURT:

Kindly withdraw the Notice of Change of Address originally filed with this Court on June 16, 2017 on behalf of Juan P. Garcia, Debtor.

/s/   Paul Edward Trainor, Esquire
PAUL EDWARD TRAINOR, ESQUIRE
I.D. NO. 35627
Counsel for Debtors
TRAINOR LAW OFFICES, P.C.
1275 Glenlivet Drive, Suite 100
Allentown, PA  18106
(610) 434-7004; (484) 224-2999 Facsimile