# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re    **Juan P Garcia**

Debtor(s)

Case No.    **16-17908**

Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **July 31, 2017**, a copy of the **Third 100% Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Toyota Motor Credit Co.**
**c/o Thomas I. Puleo, Esquire**
**KML Law Group, P.C.**
**701 Market Street, Suite 5000**
**Philadelphia, PA  19106-1532**

**SantanderConsumer USA**
**d/b/a Chrysler Capital**
**PO Box 96127**
**Fort Worth, TX  76161**

/s/ Paul Edward Trainor

**Paul Edward Trainor**
**Trainor Law Offices, PC**
**1275 Glenlivet Drive**
**Suite 100**
**Allentown, PA 18106-3107**
**610-434-7004; Fax:484-224-2999**
**trainorlawoffices@gmail.com**