American Collections E
205 S Whiting St Ste 500
Alexandria, VA 22304

Americollect Inc
Po Box 1566
Manitowoc, WI 54221

Bankamerica
Po Box 982238
El Paso, TX 79998

BFS Capiital
3301 North University Drive
Coral Springs, FL 33065

bfs Capital
Business Financial Services
1400 Broadway 25th Floor
New York, NY 10018

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Ditech Financial Llc
332 Minnesota St Ste 610
Saint Paul, MN 55101

IBIS Capital Group, LLC
1 Blue Hill Plaza, Suite 1514
Pearl River, NY 10965

Lendmark Financial Ser
2118 Usher St Nw
Covington, GA 30014

No Growth Capital
One Blue Hill Plaza, Suite 1514
Pearl River, NY 10965


Santander Consumer USA
d/b/a Chrysler Capital
PO Box 96127
Fort Worth, TX 76161


Sears/cbna
Po Box 6283
Sioux Falls, SD 57117


Springleaf
Po Box 64
Evansville, IN 47701


Td Bank N.a.
70 Gray Rd
Portland, ME 04105


Toyota Motor Credit Co
240 Gibraltar Rd Ste 260
Horsham, PA 19044