IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :        NO. 16-17908
JUAN P. GARCIA,                     :
        Debtor                      :        CHAPTER 13

**NOTICE OF APPLICATION FOR COMPENSATION BY DEBTOR'S COUNSEL**

To the U.S. Trustee, the Chapter 13 Trustee and all creditors and parties in interest, NOTICE is given that:

   1. PAUL EDWARD TRAINOR, Esquire, Bankruptcy counsel for the above Debtor filed an Application for Compensation through the Chapter 13 Plan in the amount of $1,000.00 with the Bankruptcy Court, such application being available for inspection at the Clerk's Office during regular business hours. The Total Fee award is $2,995.00. The amount paid by the Debtor is $1,995.00.

   **2. Any creditor or party in interest may file an answer, objection or other responsive pleading with respect to the application with the Clerk, U.S. Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, Pennsylvania 19601, within twenty (21) days of the date of this Notice and serve a copy on the Debtor's attorney at the address set forth below.**

   3. In the absence of any answer, objection or other responsive pleading, an Order will be presented to the Court for approval of payment to Paul Edward Trainor, Esquire, on account of legal fees.

**November 9, 2017**

                                              **Applicant's name:
PAUL EDWARD TRAINOR, ESQUIRE
TRAINOR LAW OFFICES, P.C.
1275 Glenlivet Drive, Suite 100
Allentown, PA  18106-3107
(610) 434-7004
(484) 224-2999  Facsimile
trainorlawoffices@gmail.com**