IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 16-17908 |
| JUAN P. GARCIA, | : | |
| Debtor | : | CHAPTER 13 |

**CERTIFICATE OF NO RESPONSE**

I, Paul Edward Trainor, Esquire, counsel for Debtor, in Application for

Allowance of Compensation in the above-captioned case, do hereby certify that no

answer, objection or other responsive pleading or request for hearing has been served

upon me by any interested parties, and that, therefore, the Court may, upon consideration

of the record, grant the requested Application.

December 4, 2017                          /s/     Paul Edward Trainor, Esquire
                                          PAUL EDWARD TRAINOR, ESQ.
                                          I.D. NO. 35627
                                          Counsel for Debtor
                                          1275 Glenlivet Drive, Suite
                                          Allentown, PA  18106-3107
                                          (610) 434-7004
                                          (484) 224-2999 Fax
                                          trainorlawoffices@gmail.com


Mr. Juan Garcia                                Frederick L. Reigle, Esquire
4804 Route 309, Apt. 1                         Chapter 13 Trustee
Schnecksville, PA  18078                       PO Box 4010
                                               Reading, PA  19606-0410

Office of the US Trustee
833 Chestnut St., Ste 500
Philadelphia, PA  19107