IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : NO. 16-17908
JUAN P. GARCIA, :
        Debtor : CHAPTER 13

**ORDER**

AND NOW upon consideration of the foregoing Application for Compensation and Certification of No Response, IT IS HEREBY:

ORDERED AND DECREED that Paul Edward Trainor, Esquire, is allowed Two Thousand Nine Hundred Ninety-Five ($2,995.00) Dollars as the total legal fee for services performed in the prosecution of Debtor's Chapter 13 case, and further, the unpaid balance of One Thousand ($1,000.00) Dollars of the legal fees shall be paid through Debtor's Chapter 13 Plan.

**Date: December 6, 2017**

_____
                                                              J.