**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Juan P Garcia<br><br>           Debtor<br><br>Ditech Financial LLC, or its Successor or Assignee<br>           Movant<br>      vs.<br><br>Frederick L. Reigle , Trustee<br>Juan P Garcia<br>           Respondent | Chapter 13<br>Bankruptcy No. 16-17908-REF |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Ditech Financial LLC or its Successor or Assignee, filed a Motion for Relief from the Automatic Stay with the court requesting Relief from the automatic stay as to property at 23 Tierney CT, Quakertown, Pennsylvania 18951-1027.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 1, 2018 you or your attorney must do all of the following:

    (a)    file an answer explaining your position at

        United States Bankruptcy Court
        For the Eastern District of Pennsylvania
        The Madison Building
        400 Washington Street, Suite 301
        Reading, Pennsylvania 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

        Celine P. DerKrikorian, Esquire
        McCabe, Weisberg & Conway, P.C.
        123 S. Broad Street, Suite 1400
        Philadelphia, PA 19109
        Phone: 215-790-1010
        Fax: 215-790-1274

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Richard E. Fehling on <u>March 8, 2018</u>, at <u>9:30 am</u> in <u>Courtroom #1</u>, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Suite 301, Reading, Pennsylvania 19601.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at (610) 208-5030 to find out whether the hearing has been canceled because no one filed an answer.

Date: <u>February 15, 2018</u>