**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Juan P Garcia<br><br>                    Debtor<br><br>Ditech Financial LLC, or its Successor or Assignee<br>                    Movant<br>              vs.<br><br>Frederick L. Reigle , Trustee<br>Juan P Garcia<br>                    Respondent | Chapter 13<br>Bankruptcy No. 16-17908-REF |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

    I, Celine P. DerKrikorian, attorney for Ditech Financial LLC, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: February 15, 2018

| | | |
|---|---|---|
| Juan P Garcia<br>4707 Route 309, Apt. B<br>Schnecksville, Pennsylvania 18078 | Paul Edward Trainor<br>Trainor Law Offices, PC<br>1275 Glenlivet Drive, Suite 100<br>Allentown, Pennsylvania 18106-3107<br>Attorney for Debtor | Frederick L. Reigle<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading , Pennsylvania 19606<br>Trustee |

    /s/ Celine P. DerKrikorian
ANN E. SWARTZ, ESQUIRE, I.D. # 201926
CELINE P. DERKRIKORIAN, ESQUIRE - ID # 313673
ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
Attorney for Ditech Financial LLC
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com