UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JUAN GARCIA,                :    CASE NO.  16-17908
        Debtor                      :

**CERTIFICATION OF BUSINESS DEBTOR REGARDING MONTHLY REPORT**

I, JUAN GARCIA, being of full age and duly sworn upon my oath, deposes(s) and say(s):

1. I am the business Debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of October, 2017.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: 3/19/18                             _____
                                          JUAN GARCIA

IN THE MATTER OF:                     Case No.  16-17908
JUAN GARCIA                           PETITION FILED:  11-11-2016
                                      MONTHLY REPORT NO.  8
DEBTOR IN POSSESSION                  MONTH ENDED  OCTOBER, 2017

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE:
CHAPTER 13 MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period)       $8,812.00

2. Receipts during Report Period:
   a. Salary and Commissions                           $0.00
   b. Interest or Dividend Income                      $0.00
   c. Real Estate Rental                               $0.00
   d. Other (Describe-Schedule A)                      $39,800.00

                    TOTAL RECEIPTS                                                 $39,800.00

3. Disbursements:
   a. Taxes – IRS                                      $1,868.00
   b. Taxes – State, including any sales tax due       $1,433.00
   c. Taxes-Real Estate                                $0.00
   d. Taxes-Other                                      $0.00
   e. Utilities                                        $2,340.00
   f. Mortgage(s) or Rent(s)                           $4,600.00
   g. Insurance premiums (list type)                   $0.00
   h. Food (for Restaurant)                            $13,861.00
   i. Medical                                          $0.00
   j. Car loan                                         $0.00
   k. Automobile expenses                              $0.00
   l. Clothing                                         $193.00
   m. Gifts-donations (Schedule B)                     $0.00
   n. Tuition (Schedule B)                             $0.00
   o. Other (Describe)
        Payroll                                        $16,239.00
        Computer Lease                                 $420.00
        Propane Gas                                    $2,500.00
        Accounting                                     $175.00
        Water Test                                     $100.00
        Gas                                            $225.00

                    TOTAL DISBURSEMENTS                                            $43,954.00

CASE NO. 16-17908                                MONTH ENDING   OCTOBER, 2017

4. Balance at end of reporting period [ (1-2) - 3]   $   4,658.00

5. Are you paying all your debts (post filing) as they are incurred?   Yes
   If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date?   Yes

Debtor in Possession Checking Account(s):

   NAME, LOCATION AND NUMBER(S)


   BRANCH  BB&T, Schnecksville Branch

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

   DESCRIBE:

   BRANCH:

SCHEDULE A

(2)(d)  Other:   Sale of Food, Drink and Service at Restaurant.


SCHEDULE B

Gifts – donations/Name(s) of recipient(s):


Tuition(s) list name and school(s):

CASE NO.  16-17908                    MONTH ENDING   OCTOBER, 2017

<u>SCHEDULE C</u>

Outstanding obligations:  (List payee and date incurred)




I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.


_____                    3/19/18
DEBTOR                                                                          DATE