# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Juan P. Garcia <br><br> Debtor <br><br> Ditech Financial LLC, or its Successor or Assignee <br> Movant <br> vs. <br><br> Frederick L. Reigle, Trustee <br> Juan P. Garcia <br> Respondents | Chapter 13 <br> Bankruptcy No. 16-17908 REF |

## ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Ditech Financial LLC for Relief from the Automatic Stay is hereby APPROVED.

**Date: July 20, 2018**