IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :        NO. 16-17908
JUAN P. GARCIA,                     :
                        Debtor      :        CHAPTER 13

## NOTICE OF DEBTOR'S APPLICATION TO EMPLOY REAL ESTATE AGENT

To the U.S. Trustee, the Chapter 13 Trustee and all creditors and parties in interest, NOTICE is given that:

1.   Paul Edward Trainor, Esquire, Counsel for Debtor, has filed an application with the Court requesting approval for Employment of Real Estate Agent.

**2.   Any creditor or party in interest may file an answer, objection or other responsive pleading with respect to the application with the Clerk, U.S. Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, Pennsylvania 19601, within twenty (21) days of the date of this Notice and serve a copy on the Debtor's attorney at the address set forth below.**

3.   If no objection is filed to the Application, Applicant shall file a Certification of No Objection and the matter then may be decided by the Court without hearing.

Dated:  October 26, 2018                    BY: /s/   Paul Edward Trainor, Esquire
                                            PAUL EDWARD TRAINOR, ESQUIRE
                                            I.D. NO. 35627
                                            Counsel for Debtor
                                            1275 Glenlivet Drive, Suite 100
                                            Allentown, PA  18106-3107
                                            610-434-7004
                                            484-224-2999 Facsimile
                                            trainorlawoffices@gmail.com