IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                        :          NO. 16-17908
JUAN P. GARCIA,                                     :
       Debtor                                     :          CHAPTER 13

**PRAECIPE TO WITHDRAW DEBTOR'S**
**APPLICATION TO EMPLOY REAL ESTATE AGENT**

TO THE CLERK, THE PROTHONOTARY OF SAID COURT:

Kindly withdraw the Debtor's Application to Employ Real Estate Agent originally filed with this Court on October 26, 2018.

                                      /s/    Paul Edward Trainor, Esquire
                                      PAUL EDWARD TRAINOR, ESQUIRE
                                      I.D. NO. 35627
                                      Counsel for Debtor
                                      TRAINOR LAW OFFICES, P.C.
                                      1275 Glenlivet Drive, Suite 100
                                      Allentown, PA  18106-3107
                                      (610) 434-7004
                                      (484) 224-2999 Facsimile
                                      trainorlawoffices@gmail.com