United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Juan P Garcia  
Juan P Garcia  
    Debtors

Case No. 16-17908-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR        Page 1 of 1        Date Rcvd: Apr 09, 2019  
                      Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13821802      E-mail/Text: ktramble@lendmarkfinancial.com Apr 10 2019 03:21:20  
      Lendmark Financial Services, LLC,   2118 Usher St,   Covington, GA 30014  
                                                                                         TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2019 at the address(es) listed below:  
        ANN E. SWARTZ   on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC  
         ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com  
        CELINE P. DERKRIKORIAN   on behalf of Creditor   Ditech Financial LLC ecfmail@mwc-law.com  
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        JOSEPH ANGEO DESSOYE   on behalf of Creditor   Ditech Financial LLC FKA Green Tree Servicing LLC  
         paeb@fedphe.com  
        JOSEPH ANGEO DESSOYE   on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com  
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   Toyota Motor Credit Corporation  
         bkgroup@kmllawgroup.com  
        PAUL EDWARD TRAINOR   on behalf of Debtor Juan P Garcia trainorlawoffices@gmail.com  
        RAYMOND M. KEMPINSKI   on behalf of Creditor   Ditech Financial LLC raykemp1006@gmail.com,  
         raykemp1006@gmail.com  
        ROLANDO  RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE  
         RRamos-Cardona@fredreiglech13.com  
        ROLANDO  RAMOS-CARDONA   on behalf of Trustee SCOTT  WATERMAN RRamos-Cardona@fredreiglech13.com  
        SCOTT  WATERMAN   ECFmail@fredreiglech13.com,  ECF_FRPA@Trustee13.com  
        THOMAS I. PULEO   on behalf of Creditor   Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                       TOTAL: 14

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-17908-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Juan P Garcia<br>4707 Route 309, Apt. B<br>Schnecksville PA 18078 | Juan P Garcia<br>MAILING ADDRESS<br>4804 Route 309<br>Apt. 1<br>Schnecksville PA 18078 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/06/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: Lendmark Financial Services, LLC, 2118 Usher St, Covington, GA 30014 | Scolopax, LLC<br>C/O WEINSTEIN & RILEY P.S.<br>2001 WESTERN AVE. SUITE 400<br>SEATTLE, WA 98121 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/11/19

Tim McGrath
**CLERK OF THE COURT**