IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 16-17908 |
| JUAN P. GARCIA, | : | |
| Debtor | : | CHAPTER 13 |

**CERTIFICATE OF NO RESPONSE**

I, Paul Edward Trainor, Esquire, counsel for Debtor, in the Motion to Amend Chapter 13 Plan After Confirmation in the above-captioned case, do hereby certify that no answer, objection or other responsive pleading has been served upon me by any interested parties, and that, therefore, the Court may, upon consideration of the record, grant the requested Motion.

May 24, 2019                                    /s/    Paul Edward Trainor, Esquire
                                                PAUL EDWARD TRAINOR, ESQ.
                                                I.D. NO. 35627
                                                Counsel for Debtor
                                                1275 Glenlivet Drive, Suite
                                                Allentown, PA  18106-3107
                                                (610) 434-7004
                                                (484) 224-2999 Fax
                                                trainorlawoffices@gmail.com

Mr. Juan P. Garcia                              Scott F. Waterman, Esquire
4804 Route 309, Apt. 1                          Chapter 13 Trustee
Schnecksville, PA  18078                        PO Box 4010
                                                Reading, PA  19606-0410

Office of the US Trustee                        Ann E. Swartz, Esquire
833 Chestnut St., Ste 500                       McCabe, Weisberg & Conway, P.C.
Philadelphia, PA  19107                         123 S Broad Street, Suite 1400
                                                Philadelphia, PA  19109