IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : NO. 16-17908
JUAN P. GARCIA, :
         Debtor : CHAPTER 13

## ORDER

Upon consideration of the Motion to Amend Debtor's Chapter 13 Plan after

Confirmation, IT IS HEREBY:

ORDERED that the Debtor's Fifth Amended Chapter 13 Plan, with a revised Exh. B, is confirmed.

BY THE COURT:

**Date: May 28, 2019**

_____
         J.