United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17908-ref
Juan P Garcia                                                         Chapter 13
Juan P Garcia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: SaraR              Page 1 of 1              Date Rcvd: May 28, 2019
                               Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db         +Juan P Garcia,    4707 Route 309, Apt. B,   Schnecksville, PA 18078-2460
db         +Juan P Garcia,    MAILING ADDRESS,   4804 Route 309,   Apt. 1,   Schnecksville, PA 18078-2201
cr         +DITECH FINANCIAL LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 02:59:20
              PRA  Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
cr          +E-mail/Text: bncmail@w-legal.com May 29 2019 02:52:56     SCOLOPAX, LLC,
              c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
cr          +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 11:58:19     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    LoanCare, LLC ecfmail@ecf.courtdrive.com,
               ecfmail@mwc-law.com
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    LoanCare LLC ecfmail@ecf.courtdrive.com,
               ecfmail@mwc-law.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               paeb@fedphe.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor    LoanCare LLC paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              PAUL EDWARD TRAINOR    on behalf of Debtor Juan P Garcia trainorlawoffices@gmail.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Ditech Financial LLC raykemp1006@gmail.com,
               raykemp1006@gmail.com
              ROBERT J. DAVIDOW    on behalf of Creditor    LOANCARE, LLC robert.davidow@phelanhallinan.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        NO. 16-17908
JUAN P. GARCIA,                           :
            Debtor                        :        CHAPTER 13

**ORDER**

Upon consideration of the Motion to Amend Debtor's Chapter 13 Plan after

Confirmation, IT IS HEREBY:

ORDERED that the Debtor's Fifth Amended Chapter 13 Plan, with a revised Exh. B, is confirmed.

BY THE COURT:

**Date: May 28, 2019**

_____
                                                                    J.