| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 16-17908-PMM**

JUAN P GARCIA  
4707 ROUTE 309, APT B  
SCHNECKSVILLE  PA    18078-8078

Petition Filed Date: 11/11/2016  
341 Hearing Date: 02/28/2017  
Confirmation Date: 11/09/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $508.25 | 24569790333 | 01/15/2019 | $508.25 | 24569790344 | 03/20/2019 | $508.25 | 24569793134 |
| 03/20/2019 | $508.25 | 24569793145 | 04/30/2019 | $508.25 | 24569793336 | 06/04/2019 | $508.25 | 24569793865 |
| 06/11/2019 | $1,000.00 | 24569794124 | 06/11/2019 | $363.00 | 24569794135 | 07/16/2019 | $1,000.00 | 24569794473 |
| 07/16/2019 | $363.00 | 24569794484 | 08/13/2019 | $363.00 | 24569796655 | 08/13/2019 | $1,000.00 | 24569796644 |
| 11/20/2019 | $360.00 | 24569798490 | 11/20/2019 | $1,000.00 | 24569798477 | 11/20/2019 | $360.00 | 24569798488 |
| 11/20/2019 | $1,000.00 | 24569798466 | 01/13/2020 | $360.00 | 25767601198 | 01/13/2020 | $360.00 | 25767601187 |
| 01/13/2020 | $1,000.00 | 25767601176 | 01/13/2020 | $1,000.00 | 25767601165 | 02/10/2020 | $360.00 | 25767601593 |
| 02/10/2020 | $360.00 | 25767601582 | 02/10/2020 | $1,000.00 | 25767601560 | 02/10/2020 | $1,000.00 | 25767601571 |
| 04/06/2020 | $1,000.00 | 25767604315 | 04/06/2020 | $360.00 | 25767604326 | 05/06/2020 | $360.00 | 26351300632 |
| 05/06/2020 | $1,000.00 | 26351300621 | 06/05/2020 | $360.00 | 25767604811 | 06/05/2020 | $1,000.00 | 25767604800 |
| 07/22/2020 | $1,360.00 | | | | | | | |

**Total Receipts for the Period:  $20,738.50    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $32,289.25**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  008 | Unsecured Creditors | $60.38 | $0.00 | $60.38 |
| 2 | CCAP AUTO LEASE LTD<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | IBIS CAPITAL GROUP LLC<br>»»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LOANCARE SERVICING CENTER<br>»»  07P | Mortgage Arrears | $22,834.32 | $19,016.57 | $3,817.75 |
| 7 | LOANCARE SERVICING CENTER<br>»»  007 | Mortgage Arrears | $1,751.22 | $1,751.22 | $0.00 |
| 9 | PROGRESSIVE PHYSICIAN ASSOCIATES<br>»»  009 | Unsecured Creditors | $345.00 | $79.97 | $265.03 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  010 | Unsecured Creditors | $618.87 | $130.40 | $488.47 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  006 | Unsecured Creditors | $8,753.45 | $2,029.18 | $6,724.27 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  003 | Unsecured Creditors | $8,043.66 | $1,864.65 | $6,179.01 |
| 1 | SCOLOPAX LLC<br>»»  001 | Unsecured Creditors | $5,217.97 | $1,209.61 | $4,008.36 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 16-17908-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 11 | TOYOTA MOTOR CREDIT CORP<br>»» 011 | Secured Creditors | $1,064.88 | $1,064.88 | $0.00 |
| 12 | PAUL EDWARD TRAINOR ESQ<br>»» 012 | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,289.25 | Current Monthly Payment: | $1,363.00 |
| Paid to Claims: | $28,146.48 | Arrearages: | $2,247.75 |
| Paid to Trustee: | $2,891.72 | Total Plan Base: | $54,982.00 |
| Funds on Hand: | $1,251.05 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.