United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Juan P Garcia
Juan P Garcia
    Debtors

Case No. 16-17908-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Virginia     Page 1 of 1     Date Rcvd: Sep 17, 2020
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2020.
db     +Juan P Garcia,    4707 Route 309, Apt. B,    Schnecksville, PA 18078-2460
db     +Juan P Garcia,    MAILING ADDRESS,    4804 Route 309,   Apt. 1,   Schnecksville, PA 18078-2201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2020 at the address(es) listed below:
        ANN E. SWARTZ    on behalf of Creditor    LoanCare, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        ANN E. SWARTZ    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        CELINE P. DERKRIKORIAN    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com
        FRANCIS THOMAS TARLECKI    on behalf of Creditor    LoanCare, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com
        FRANCIS THOMAS TARLECKI    on behalf of Creditor    LoanCare LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        MARIO J. HANYON    on behalf of Creditor    LoanCare LLC paeb@fedphe.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        MICHELLE DEWALD    on behalf of Debtor Juan P Garcia mdewald@rcn.com
        MICHELLE DEWALD    on behalf of   Michelle DeWald mdewald@rcn.com
        PAUL EDWARD TRAINOR    on behalf of Debtor Juan P Garcia trainorlawoffices@gmail.com
        RAYMOND M. KEMPINSKI    on behalf of Creditor    Ditech Financial LLC raykemp1006@gmail.com, raykemp1006@gmail.com
        ROBERT J. DAVIDOW    on behalf of Creditor    LOANCARE, LLC robert.davidow@phelanhallinan.com
        ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
        ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 21

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Juan P. Garcia, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 16-17908 PMM |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Application to Employ Real Estate Agent ("the Application," doc. no. 119),

It is hereby **ORDERED** that the Application is **DENIED** on the ground that it is not necessary for a chapter 13 debtor to obtain court approval to retain professionals. However, in the event that the realtor seeks allowance of compensation or reimbursement of expenses from property of the estate, the realtor shall file an application with this court in accordance with 11 U.S.C. §330 and In re Busy Beaver Building Centers, Inc., 19 F. 3d. 833 (3d Cir. 1994).

*/Patricia M. Mayer/*

Date: September 17, 2020

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**