Certificate Number: 17082-PAE-DE-035734549

Bankruptcy Case Number: 16-17908



17082-PAE-DE-035734549

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 6, 2021, at 12:22 o'clock PM MST, JUAN P GARCIA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 6, 2021            By:    /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director