| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
Chapter 13 Case No. 16-17908-PMM

JUAN P GARCIA  
4707 ROUTE 309, APT B  
SCHNECKSVILLE  PA    18078-8078

Petition Filed Date: 11/11/2016  
341 Hearing Date: 02/28/2017  
Confirmation Date: 11/09/2017

Case Status: Completed on 5/17/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $360.00 | 25767601198 | 01/13/2020 | $360.00 | 25767601187 | 01/13/2020 | $1,000.00 | 25767601176 |
| 01/13/2020 | $1,000.00 | 25767601165 | 02/10/2020 | $360.00 | 25767601593 | 02/10/2020 | $360.00 | 25767601582 |
| 02/10/2020 | $1,000.00 | 25767601560 | 02/10/2020 | $1,000.00 | 25767601571 | 04/06/2020 | $1,000.00 | 25767604315 |
| 04/06/2020 | $360.00 | 25767604326 | 05/06/2020 | $360.00 | 26351300632 | 05/06/2020 | $1,000.00 | 26351300621 |
| 06/05/2020 | $360.00 | 25767604811 | 06/05/2020 | $1,000.00 | 25767604800 | 07/22/2020 | $1,360.00 | |
| 09/04/2020 | $2,720.00 | | 10/06/2020 | $9,520.00 | | 03/08/2021 | $2,720.00 | |
| 04/12/2021 | $4,080.00 | | 05/05/2021 | $2,720.00 | | 05/17/2021 | $932.75 | |

**Total Receipts for the Period:  $33,572.75    Amount Refunded to Debtor Since Filing:  $689.83    Total Receipts Since Filing: $54,982.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 008 | Unsecured Creditors | $60.38 | $60.38 | $0.00 |
| 2 | CCAP AUTO LEASE LTD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | IBIS CAPITAL GROUP LLC<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LOANCARE SERVICING CENTER<br>»» 07P | Mortgage Arrears | $22,834.32 | $22,834.32 | $0.00 |
| 7 | LOANCARE SERVICING CENTER<br>»» 007 | Mortgage Arrears | $1,751.22 | $1,751.22 | $0.00 |
| 9 | PROGRESSIVE PHYSICIAN ASSOCIATES<br>»» 009 | Unsecured Creditors | $345.00 | $345.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $618.87 | $618.87 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $8,753.45 | $8,753.45 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $8,043.66 | $8,043.66 | $0.00 |
| 1 | SCOLOPAX LLC<br>»» 001 | Unsecured Creditors | $5,217.97 | $5,217.97 | $0.00 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | TOYOTA MOTOR CREDIT CORP<br>»» 011 | Secured Creditors | $1,064.88 | $1,064.88 | $0.00 |
| 12 | PAUL EDWARD TRAINOR ESQ<br>»» 012 | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

| 0 | JUAN P GARCIA | Debtor Refunds | $689.83 | $689.83 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $54,982.00 | | Current Monthly Payment: | $1,363.00 |
| Paid to Claims: | $50,379.58 | | Arrearages: | $0.00 |
| Paid to Trustee: | $4,602.42 | | Total Plan Base: | $54,982.00 |
| Funds on Hand: | $0.00 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.