UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:                                                                                          CASE NO.: 16-17908

**Juan P Garcia,**                                                                  CHAPTER 13
   Debtor.

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of LoanCare, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 07004**

                                                  Robertson, Anschutz, Schneid, Crane &
                                                  Partners, PLLC
                                                  Authorized Agent for Secured Creditor
                                                  130 Clinton Rd #202
                                                  Fairfield, NJ 07004
                                                  Telephone: 470-321-7112

                                                  By: /s/Charles Wohlrab
                                                       Charles Wohlrab, Esq.
                                                       Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 7, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JUAN P GARCIA
4707 ROUTE 309, APT. B
SCHNECKSVILLE, PA 18078

JUAN P GARCIA
MAILING ADDRESS 4804 ROUTE 309 APT. 1
SCHNECKSVILLE, PA 18078

And via electronic mail to:

DEWALD LAW OFFICES
P.O. BOX 5101
BETHLEHEM, PA 18015-0001

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE. SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

By: /s/ Allison Crank