United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Juan P Garcia  
Juan P Garcia  
    Debtors

Case No. 16-17908-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2021 | Form ID: 138NEW | Total Noticed: 43 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan P Garcia, 4707 Route 309, Apt. B, Schnecksville, PA 18078-2460 |
| db | + | Juan P Garcia, MAILING ADDRESS, 4804 Route 309, Apt. 1, Schnecksville, PA 18078-2201 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| NONE | + | Michelle DeWald, DeWald Law Offices, 44 E. Broad Street, Ste 25, Bethlehem, PA 18018-5920 |
| 13821795 | + | American Collections E, 205 S Whiting St Ste 500, Alexandria, VA 22304-3632 |
| 13821797 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bankamerica, Po Box 982238, El Paso, TX 79998 |
| 13831332 | + | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 13828352 | | Ditech Financial LLC, c/o Joseph A. Dessoye, Esq., 1617 JFK Boulevard, Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 13885180 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13821801 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 13866995 | + | IBIS Capital Group LLC, 1 Blue Hill Plaza Suite 1514, Pearl River, NY 10965-3122 |
| 14308039 | | LOANCARE, LLC, C/o Robert J. Davidow, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14306934 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14621082 | + | LoanCare, LLC, c/o Charlesl Wohlrab, Esquire, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14379855 | + | LoanCare, LLC, c/o Ann E. Swartz, Esq., 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 13821803 | #+ | No Growth Capital, One Blue Hill Plaza, Suite 1514, Pearl River, NY 10965-3122 |
| 13821800 | + | Santander Consumer USA Inc, an Illinois corporation, d/b/a/ Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 13821807 | + | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 13841087 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13910600 | + | Toyota Motor Credit Corporation, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13821798 | + | bfs Capital, Business Financial Services, 1400 Broadway 25th Floor, New York, NY 10018-5225 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2021 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 26 2021 23:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 26 2021 23:33:58 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |

Case 16-17908-pmm    Doc 130    Filed 07/28/21    Entered 07/29/21 00:36:33    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2021 | Form ID: 138NEW | Total Noticed: 43 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13821796 | | Email/Text: ebn@americollect.com | Jul 26 2021 23:31:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 13900011 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 26 2021 23:48:03 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13821799 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 26 2021 23:33:58 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13828806 | | Email/Text: ktramble@lendmarkfinancial.com | Jul 26 2021 23:30:00 | Lendmark Financial Ser, 2118 Usher St Nw, Covington, GA 30014 |
| 13821802 | | Email/Text: ktramble@lendmarkfinancial.com | Jul 26 2021 23:30:00 | Lendmark Financial Services, LLC, 2118 Usher St, Covington, GA 30014 |
| 13835609 | | Email/PDF: cbp@onemainfinancial.com | Jul 26 2021 23:34:05 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13883494 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 26 2021 23:33:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13872970 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 26 2021 23:34:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13924351 | | Email/Text: ebn@americollect.com | Jul 26 2021 23:31:00 | PROGRESSIVE PHYSICIAN ASSOCIATES, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 14302952 | + | Email/Text: bncmail@w-legal.com | Jul 26 2021 23:31:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY P.S., 2001 WESTERN AVE. SUITE 400, SEATTLE, WA 98121-3132 |
| 13821804 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2021 23:48:00 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 13821805 | + | Email/PDF: cbp@onemainfinancial.com | Jul 26 2021 23:34:05 | Springleaf, Po Box 64, Evansville, IN 47701-0064 |
| 13873817 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 23:34:13 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13821806 | | Email/Text: bankruptcy@td.com | Jul 26 2021 23:31:00 | Td Bank N.a., 70 Gray Rd, Portland, ME 04105 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SCOLOPAX, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13963357 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 13936322 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 26, 2021 | Form ID: 138NEW | Total Noticed: 43 |
| Date: Jul 28, 2021 | Signature:    /s/Joseph Speetjens | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:**

**Name**     **Email Address**

CELINE P. DERKRIKORIAN
    on behalf of Creditor Ditech Financial LLC ecfmail@mwc-law.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor LOANCARE LLC cwohlrab@raslg.com

FRANCIS THOMAS TARLECKI
    on behalf of Creditor LoanCare LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

FRANCIS THOMAS TARLECKI
    on behalf of Creditor LoanCare LLC ecfmail@ecf.courtdrive.com ecfmail@mwc-law.com

FREDERICK L. REIGLE
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

JOSEPH ANGEO DESSOYE
    on behalf of Creditor Ditech Financial LLC paeb@fedphe.com

JOSEPH ANGEO DESSOYE
    on behalf of Creditor Ditech Financial LLC FKA Green Tree Servicing LLC paeb@fedphe.com

LAUREN MOYER
    on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC ecfmail@ecf.courtdrive.com

LAUREN MOYER
    on behalf of Creditor LoanCare LLC ecfmail@ecf.courtdrive.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MARIO J. HANYON
    on behalf of Creditor LoanCare LLC wbecf@brockandscott.com wbecf@brockandscott.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MICHELLE DEWALD
    on behalf of Debtor Juan P Garcia mdewald@rcn.com

MICHELLE DEWALD
    on behalf of Michelle DeWald mdewald@rcn.com

PAUL EDWARD TRAINOR
    on behalf of Debtor Juan P Garcia trainorlawoffices@gmail.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor Ditech Financial LLC raykemp1006@gmail.com raykemp1006@gmail.com

ROBERT J. DAVIDOW
    on behalf of Creditor LOANCARE LLC robert.davidow@phelanhallinan.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor Toyota Motor Credit Corporation tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 22

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Juan P Garcia and Juan P Garcia
      Debtor(s)                                                            Bankruptcy No: 16−17908−pmm
                                                                      Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                    For The Court
                                                                              Timothy B. McGrath
                                                                                 Clerk of Court

Dated: 7/26/21

                                                                                                                               129 − 127
                                                                                                                          Form 138_new