United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Juan P Garcia  
Juan P Garcia  
    Debtors

Case No. 16-17908-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Aug 30, 2021      Form ID: 195      Total Noticed: 6

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan P Garcia, 4707 Route 309, Apt. B, Schnecksville, PA 18078-2460 |
| db | + | Juan P Garcia, MAILING ADDRESS, 4804 Route 309, Apt. 1, Schnecksville, PA 18078-2201 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2021 23:22:13 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bncmail@w-legal.com | Aug 30 2021 23:13:00 | SCOLOPAX, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 30 2021 23:22:13 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CELINE P. DERKRIKORIAN | on behalf of Creditor Ditech Financial LLC ecfmail@mwc-law.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor LOANCARE LLC cwohlrab@raslg.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor LoanCare LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor LoanCare LLC ecfmail@ecf.courtdrive.com ecfmail@mwc-law.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Ditech Financial LLC paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Ditech Financial LLC FKA Green Tree Servicing LLC paeb@fedphe.com |
| LAUREN MOYER | on behalf of Creditor LoanCare LLC ecfmail@mwc-law.com |
| LAUREN MOYER | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC ecfmail@mwc-law.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MARIO J. HANYON | on behalf of Creditor LoanCare LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| MICHELLE DEWALD | on behalf of Debtor Juan P Garcia mdewald@rcn.com |
| MICHELLE DEWALD | on behalf of Michelle DeWald mdewald@rcn.com |
| PAUL EDWARD TRAINOR | on behalf of Debtor Juan P Garcia trainorlawoffices@gmail.com |
| RAYMOND M. KEMPINSKI | on behalf of Creditor Ditech Financial LLC raykemp1006@gmail.com raykemp1006@gmail.com |
| ROBERT J. DAVIDOW | on behalf of Creditor LOANCARE LLC robert.davidow@phelanhallinan.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS I. PULEO | on behalf of Creditor Toyota Motor Credit Corporation tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 22

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Juan P Garcia  : Case No. 16−17908−pmm

    Debtor(s)

### ORDER
_____

AND NOW, this day , 30th day of August, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

133
Form 195